# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 14, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134011

JUNE UMBARGER, Personal Representative of
the Estate of Orpha Tower, Deceased,
          Plaintiff-Appellant,

v

HAYES GREEN BEACH MEMORIAL
HOSPITAL CORPORATION,
          Defendant-Appellee.

SC: 134011
COA: 264699
Eaton CC: 04-001695-NO

_____/

By order of September 24, 2007, the application for leave to appeal the March 1, 2007 judgment of the Court of Appeals was held in abeyance pending the decision in *Mullins v St Joseph Mercy Hosp* (Docket No. 131879). On order of the Court, the case having been decided on November 28, 2007, ___ Mich ___ (2007), the application is again considered, and it is DENIED, because the plaintiff is not within the class of plaintiffs entitled to relief under this Court's order in *Mullins*.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 14, 2007

Clerk